IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
         v.                       )  Criminal No. 04-39 Erie
                                  )
MICHELLE BRADFORD                 )

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the government's Motion to Revoke Bond, it is hereby **ORDERED** that said Motion is **GRANTED.**

It is further **ORDERED** that MICHELLE BRADFORD be remanded to the custody of the United States Marshals Service to be detained pending the outcome of her case.

_____
SENIOR UNITED STATES DISTRICT JUDGE