**OUR COMMON GROUND**
**3415-3417 Kensington Avenue**
**Philadelphia, PA 19134**
**267-514-0228**

July 1 2005

To whom it my concern:

    This letter is to confirm that Michelle Bradford was a client at Our Common Ground.
    While here, Michell was a client in good standing. She followed the house rules and regulations and was a positive role model.
    Michelle was prompt as far as the payment of rent was concerned and was always willing to help where and when needed.
    Lastly, Michelle was a pleasure to have here and we would welcome her with open arms.
    Should you have any questions, please feel free to contact me.

                                          Sincerly,

                                          Laura Jackson
                                          House Manager
                                          267-514-2310