MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

MCIHELLE BRADFORD (1)

*Defendant*

No. CRIM 04-39 ERIE

**HEARING ON** SENTENCE

*Before Judge* MAURICE B. COHILL, JR.

CHRISTIAN TRABOLD, AUSA          THOMAS W. PATTON, AFPD

*Appear for Plaintiff*           *Appear for Defendant*

Hearing begun 10:00 a.m. 10-3-05        Hearing adjourned to _____

Hearing concluded C. A. V. 10:40am 10-3-05   Stenographer JANICE Ferguson

**WITNESSES:**

For Plaintiff                             For Defendant

Init. range 10/VI, 24-30, 2-3 s.r., 2000-20000 fine, $9,919 R, $100 S.A.
Argument heard by defendant w.r.t. sentencing issues.
Sentenced to 84 days, (time served), $9,919 Restitut to be paid; Supervised Release of 3 years, condition of supervised release Defendant shall reside at 'Our Common Ground' in Philadelphia, for a period up to 12 months, + other conditions, $100 special assessment. Counts 1 through 5 + 7 through 12 (pursuant to terms of plea agreement).